IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY L. ARRINGTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-J-1232-S |
| | ) |
| KENNETH JONES, Warden; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## AMENDED MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on February 13, 2008 recommending that the petition for writ of habeas corpus be denied. On March 3, 2008 petitioner filed objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and petitioner's objections thereto, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED and the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 6th day of March, 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE